ACCEPTED
01-15-00818-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/29/2015 2:40:00 PM
CHRISTOPHER PRINE
CLERK

# CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY

A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

ATTORNEYS AT LAW

1200 SMITH STREET, SUITE 1400

**HOUSTON, TEXAS 77002**

(713) 658-1818    (800) 342-5829

(713) 658-2553 (FAX)

www.chamberlainlaw.com

KEVIN D. JEWELL
SHAREHOLDER
DIRECT DIAL NO.(713) 654-9620
E-MAIL: kevin.jewell@chamberlainlaw.com

ATLANTA
DENVER
PHILADELPHIA
SAN ANTONIO

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/29/2015 2:40:00 PM

CHRISTOPHER A. PRINE
Clerk

September 29, 2015

Rebecca Hammons, Official Court Reporter
245th District Court
Harris County Civil Courthouse
201 Caroline, 15th Floor
Houston, Texas 77002

Re:     No. 2014-30215; *In the Matter of the Marriage of Evangelina Lopez Guzman Zaragoza;* in the 245th Judicial District Court of Harris County, Texas.

Dear Ms. Hammons:

Respondent Miguel Zaragoza Fuentes has filed an interlocutory appeal from the Court's September 2, 2015 order granting temporary injunctions. The case has been assigned to the First Court of Appeals, under No. 01-15-00818-CV. Please file in the Court of Appeals a certified copy of the reporter's record for the July 13, 2015 hearing. Thank you for your assistance and let me know if there are any additional costs.

Sincerely,

/s/ Kevin D. Jewell

Kevin D. Jewell

KDJ/dlk
1994354.1
900957.000024